**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Eduardo Navarrette,<br><br>  Petitioner,<br><br>v.<br><br>Ryan Thornell, et al.,<br><br>  Respondents. | No. CV-23-00922-PHX-MTL<br><br>**ORDER** |

Before the Court is the Report and Recommendation of Magistrate Judge Camille D. Bibles ("R & R") (Doc. 13) that was issued on January 10, 2024. The R&R recommends that the Petition for Writ of Habeas Corpus (Doc. 1) be denied, and that a certificate of appealability be denied. (Doc. 13 at 9-10.) Petitioner has not filed any objections to the R & R. The deadline to do so passed fourteen days following service of the R & R, which was electronically noticed to Petitioner on January 10, 2024. (Doc. 13; Doc. 14.)

In reviewing an R & R, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "[T]he district judge must review the magistrate judge's finding and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original); *see Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that the District Court need not conduct "any review at all . . . of any issue that is not the subject of an objection"). No

objections having been received, the Court will accept and adopt the R & R in its entirety.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 13) is **accepted**.

**IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus (Doc. 1) is **denied with prejudice**.

**IT IS FURTHER ORDERED denying** the issuance of a certificate of appealability and leave to proceed in forma pauperis on appeal because Petitioner has not demonstrated that reasonable jurists could find the ruling debatable or conclude that the issues presented are adequate to deserve encouragement to proceed further. *See Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

Dated this 9th day of May, 2024.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge